## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| HEATH A. COWIN,          ) | |
|                      ) | |
|         Petitioner,      ) | |
|                      ) | |
|      v.                  ) | No. 4:08-CV-1779 CAS |
|                      ) | |
| JEFF NORMAN, et al.,[1]    ) | |
|                      ) | |
|         Respondents.   ) | |

### ORDER

This matter is before the Court on state prisoner Heath A. Cowin's action pursuant to 28 U.S.C. § 2254.  This case was referred to United States Magistrate Judge Frederick R. Buckles for report and recommendation on all dispositive matters and for final disposition on all non-dispositive matters, pursuant to 28 U.S.C. § 636(b).

On November 22, 2011, Judge Buckles filed a Report and Recommendation of United States Magistrate Judge which recommended that Cowin's petition for writ of habeas corpus be denied, and that the current warden of the Jefferson City Correctional Center be substituted for Dave Dormire as the proper party respondent, pursuant to Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts.  No objections were filed to the Magistrate Judge's Report and Recommendation within the time permitted.

After careful review of the record, the Court concurs in the recommendation of the Magistrate Judge.

---

[1]Petitioner is incarcerated at the Jefferson City Correctional Center (JCCC) in Jefferson City, Missouri.  JCCC's current warden, Jeff Norman, should be substituted for Dave Dormire as proper party respondent.  Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts.

Accordingly,

**IT IS HEREBY ORDERED** that Jeff Norman is substituted for Dave Dormire as a proper party respondent in this case.  Rule 2(a), Rules Governing Section 2254 Cases.

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained**, **adopted** and **incorporated** herein.  [Doc. 31]

**IT IS FURTHER ORDERED** that Heath Cowin's Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 is **DENIED**.  [Doc. 1]

**IT IS FURTHER ORDERED** that this matter is **DISMISSED**, with no further action to take place herein.

An appropriate judgment will accompany this order.


**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**


Dated this  _19th_  day of December, 2011.

2